**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jamie Lee Shelhamer, Floyd Curtis Owensby, III, and
Samuel Blackwell, Defendants,

Of whom Jamie Lee Shelhamer is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2019-001846

---

Appeal From Spartanburg County
Phillip K. Sinclair, Family Court Judge

---

Unpublished Opinion No. 2020-UP-087
Submitted March 20, 2020 – Filed March 24, 2020

---

**AFFIRMED**

---

Shawn M. Campbell, of Campbell Law Offices, of
Spartanburg, for Appellant.

Deborah Murdock Gentry, of Murdock Law Firm, LLC,
of Mauldin, for Respondent.

Jamia Diann Foster, of Law Office of Jamia D. Foster LLC, of Spartanburg, for the Guardian ad Litem.

---

**PER CURIAM:**  Jamie Lee Shelhamer appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Shelhamer's counsel.

**AFFIRMED.**[1]

**WILLIAMS, KONDUROS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.